515 A.2d 1378

COMMONWEALTH of Pennsylvania, BUREAU OF CORRECTIONS, Respondent,

v.

CITY OF PITTSBURGH, Pittsburgh City Council, Petitioners.

Supreme Court of Pennsylvania.

Oct. 14, 1986.

Petition for Allowance of Appeal GRANTED, No. 76 W.D. Appeal Docket 1986.

515 A.2d 1378

Deborah K. LUCIANO

v.

COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Petitioner.

Supreme Court of Pennsylvania.

Oct. 14, 1986.

Petition for Allowance of Appeal GRANTED, No. 77 W.D. Appeal Docket 1986.